IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00355-BNB

RAUL MORENO CHAVEZ,

Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Applicant Raul Moreno Chavez, a State of Colorado prisoner, initiated this action on February 12, 2008, by submitting to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On March 20, 2008, Mr. Chavez filed a "Motion to Have his Cause Dismissed Without Prejudice . . . ." In the Motion, Applicant states that he seeks a voluntary dismissal because he needs to exhaust state remedies on postconviction issues prior to proceeding with a federal habeas action. The Court must construe the Motion liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the [applicant] without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondents in this action. Further, a voluntary dismissal under Rule

41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

Therefore, the Court will construe the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1) and close the file as of March 20, 2008. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of March 20, 2008, the date Applicant filed the Notice in the action. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00355-BNB

Raul Moreno Chavez
Prisoner No. 123267
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk